UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HALLER, | No. SA CV 25-297-SVW(E) |
|     Petitioner, | |
|     v. | ORDER ACCEPTING FINDINGS, |
| ROB BONTA, ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
|     Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

      IT IS ORDERED that the Petition is denied and dismissed with prejudice.

//

//

//

IT IS FURTHER ORERED that the Clerk serve forthwith copies of this Order and the Judgment on all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 2, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE