JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HALLER, | No. SA CV 25-297-SVW(E) |
|    Petitioner, | |
|    v. | JUDGMENT |
| ROB BONTA, ET AL., | |
|    Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUGED that the Petition is denied and dismissed with prejudice.

Dated: July 2, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE